RECEIVED
NOV 14 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
NOV 14 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Austin__ DIVISION

__Salvador Sanchez  892738__
Plaintiff's Name and ID Number

__Hays County Jail__
Place of Confinement

CASE NO. __1:22cv1197-LY__
(Clerk will assign the number)

v.

__John Doe C.O. "Thomas"  1307 Uhland rd San Marcos, TX 78666__
Defendant's Name and Address
(head of Medical department)

__HSA "Arora" Doe__  (Same as above)
Defendant's Name and Address
(Sheriff of Hays County)

__Gary Cutler    address unknown__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis,* the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: December 2021
      2. Parties to previous lawsuit:
        Plaintiff(s) Salvador Sanchez
        Defendant(s) Hays County, Hays County Jail
      3. Court: (If federal, name the district; if state, name the county.) Western / Austin
      4. Cause number: 1:21-CV-01175-LY
      5. Name of judge to whom case was assigned: Lee Yeakel
      6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
      7. Approximate date of disposition: May 31, 2022

II. PLACE OF PRESENT CONFINEMENT: Hays County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Salvador Sanchez #892738
1307 Uhland rd.
San Marcos TX, 78666

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: John Doe "C.O. Thomas"

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: "Arora" Doe (HSA at Hays County Jail)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Sheriff "Gary Cutler"

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Would like all parties fired and would like a settlement of $333,333.33

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Salvador Sanchez

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Never been to TDC, don't member FBI #

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

 C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES \_\_\_\_NO

 D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date warning was issued:_____

Executed on: 11-8-22
    DATE

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
    (Day)        (month)    (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

①

## Complaint and motion for Court apointed counsel

I am filing this 1983 civil complaint due to an inncedant that occured on or about May 29th 2021. On this date, while I was an inmate at the Hays County jail in San Marcos TX, C.O. ?  Thomas and 2 other correction officer smashed and broke my hand in the food slot, the aggressor was C.O. Doe "Thomas" who used his foot and all his force to break my hand while I yelled saying that my hand was being smashed. Video footage of VC cell 3 on May 29th from the hours of 2AM-3AM will verify what happened. Medical records will prove that shortly after in June that X-ray/records state my hand was broken. Hays County records of grievances will show my complaint on this issue and show Hays County attempting to cover for C.O. ? Thomas (who is now a Hays County patrol officer) because their responce is I already was treated for my fall which I never fell to begin with. I barely found out a week ago on Nov 1, 2022 that X-ray reports stated my hand was broken. Shorted after I started puting in grievances and filed my 1983 civil suit Hays County transferred me to Comal County in attemps to wash their hands with me. No follow up treatment was ever offered to me. Now my hand is permanantly damaged and doesnt close all the way because Hays County failed to

→

② 

offer any treatment knowing that my hand had gotten broken. Medical department at Hays County Jail is also at fault for not reporting this and for calling my 2 week old injury at the time an "old injury". I have proof of everything stated and am requesting an attorney to assist in gathering these records and video. I am suing for violations of the 14th Amendment and would humbly request the federal courts assistance and aceptance of this suit. Please let me know if I need to amend or be more specific in any areas. I am asking for a court appointed attorney since I am not an expert at law and since assistance of an attorney is the only way to obtain records and video footage.

Respectfully Submitted

Salvador Sanchez

## Reasons why defendants are involved in this suit

- Thomas is involved in this suit because he pushed the food slot shut with his foot while my hand was still out breaking my hand.

- Arora is involved in this suit because she is HSA over the medical department and failed to report this to the proper athorities and failed to send me to a hospital to be treated, also, her department falsified documents lying about the injury to cover for C.O. Thomas.

- Sheriff Gary Cutler is involved because his office and his power over see C.O. Thomas and Arora.